# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1839

_____

Denise L. Dunkle,                                    *
                                                     *
            Plaintiff-Appellant,                     *
                                                     *    Appeal from the United States
v.                                                   *    District Court for the
                                                     *    District of South Dakota
Kenneth S. Apfel, Commissioner                       *
of Social Security,                                  *
                                                     *        [UNPUBLISHED]
            Defendant-Appellee.                      *
                                                     *

_____

Submitted:  December 16, 1999
    Filed:  December 21, 1999

_____

Before MURPHY and MAGILL Circuit Judges, and SMITH*, District Judge.

_____

PER CURIAM.

Denise Dunkle applied for benefits under Title II of the Social Security Act, 42 U.S.C. §§401-433, claiming she was disabled because of panic attacks and depression. After a hearing, the administrative law judge found that she was not entitled to benefits and the Appeals Council denied review. Dunkle then filed this action, and the district

_____

*The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri, sitting by designation.

court[1] granted summary judgement to the Commissioner of Social Security. Dunkle appealed, and we have now reviewed the record and the briefs and conclude that the decision of the administrative law judge is supported by substantial evidence in the record as a whole. <u>Fines v. Apfel</u>, 149 F.3d 893, 894-5 (8th Cir. 1998). The judgment of the district court is therefore affirmed.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.